Dear Clerk,

Would you please file my attached lawsuit but not use my local address and rather use I address I'm mailing you from? If you can also please mail me back a copy of my originals, my case number and your indigent form?

Thanks, Donald Seoane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2026

JEFFREY P. COLWELL, CLERK