IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03477-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

DONALD CARLOS SEONE,

　　　Plaintiff,

v.

DONALD JOHN TRUMP,

　　　Defendant.

---

ORDER STRIKING PLAINTIFF'S FILING AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Donald Carlos Seone is an inmate in the custody of Osceola County Corrections in Kissimmee, Florida.  He submitted *pro se* two filings to this Court on July 30, 2026: ECF No. 1 and ECF No. 3.[1]  ECF No. 1 will be stricken *sua sponte* as it is comprised of obscene, offensive, and impertinent language without any legitimate purpose.  *See Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 841 (10th Cir. 2005) ("[I]f the complaint or other pleadings are abusive or contain offensive language, they may be stricken *sua sponte* under the inherent powers of the court."); *Phillips v. Carey*, 638 F.2d 207, 208 (10th Cir. 1981) (stating that the Court has the legal authority pursuant to Fed. R. Civ. P. 12(f) to strike pleadings which are impertinent or

---

[1] "(ECF No. _)" is the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic filing system (CM/ECF).

1

scandalous in nature).

Plaintiff may file a Prisoner Complaint on the court-approved form if he wishes to pursue claims in this action.  However, he must cure the following deficiencies.  First, Plaintiff must submit a Prisoner Complaint that does not include obscene, offensive, or impertinent language that serves no legitimate purpose.  Second, Plaintiff must use the court-approved Prisoner Complaint form.  Finally, Plaintiff must pay the $405.00 filing fee or file a motion to proceed *in forma pauperis* on the court-approved form.

Plaintiff is advised that the Court does not respond to letters.  Any request to the Court must be submitted in the form of a properly captioned motion.

Accordingly, it is

ORDERED that Plaintiff's July 30, 2026, filing (ECF No. 1) is STRICKEN.  It is

FURTHER ORDERED that Plaintiff cure the deficiencies specified herein **within thirty (30) days from the date of this order** if he wishes to pursue claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner Complaint form, which is available along with the applicable instructions at www.cod.uscourts.gov.  Plaintiff shall use the form in curing the deficiencies.  The Prisoner Complaint shall not include any obscene, offensive, or impertinent language that serves no legitimate purpose.  It is

FURTHER ORDERED that Plaintiff shall either pay the $405.00 filing fee or obtain and utilize the court-approved Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 form, which is available along with the applicable instructions at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED July 31, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge