IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03477-RTG

DONALD CARLOS SEONE,

Plaintiff,

v.

DONALD JOHN TRUMP,

Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff Donald Carlos Seone is an inmate in the custody of Osceola County Corrections in Kissimmee, Florida. He submitted *pro se* two filings to this Court on July 30, 2026: ECF No. 1 and ECF No. 3. On July 31, 2026, the Court issued an order (ECF No. 4) striking ECF No. 1 *sua sponte* because it was comprised of obscene, offensive, and impertinent language without any legitimate purpose. *See Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 841 (10th Cir. 2005) ("[I]f the complaint or other pleadings are abusive or contain offensive language, they may be stricken *sua sponte* under the inherent powers of the court."); *Phillips v. Carey*, 638 F.2d 207, 208 (10th Cir. 1981) (stating that the Court has the legal authority pursuant to Fed. R. Civ. P. 12(f) to strike pleadings which are impertinent or scandalous in nature). The Court also ordered Plaintiff to cure deficiencies by filing a Prisoner Complaint on the court-approved form that does not include obscene, offensive, or impertinent language serving no legitimate purpose if he wishes to pursue claims in this action. (ECF No. 4 at 1-2). Plaintiff further was ordered to pay the filing fee or file a motion to proceed *in*

*forma pauperis* on the court-approved form. (*Id.* at 2-3). Plaintiff was warned that this action would be dismissed without further notice if he failed to cure the designated deficiencies within thirty days from the July 31, 2026, order. (*Id*. at 3). Additionally, Plaintiff was informed that the Court does not respond to letters. (*Id*. at 2).

On August 24, 2026, Plaintiff filed a letter (ECF No. 5) which contains obscene, offensive, and impertinent language without any legitimate purpose.

Plaintiff has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Additionally, the August 24 letter will be stricken because it contains obscene, offensive, and impertinent language without any legitimate purpose.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal Plaintiff also must pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed. It is

FURTHER ORDERED that Plaintiff's August 24, 2026, filing (ECF No. 5) is stricken. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 9th day of September, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court